Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:         mark@markmerin.com
                    paul@markmerin.com

Yoshinori H. T. Himel (State Bar No. 066194)
372 Florin Road #191
Sacramento, California 95831
Telephone:    (916) 420-9865
Facsimile:     (916) 229-9922
E-Mail:         YHimel@LawRonin.com

Attorneys for Plaintiff
TULE LAKE COMMITTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| TULE LAKE COMMITTEE, | Case No. |
| --- | --- |
| Plaintiff, | **NOTICE OF RELATED CASE** *TULE LAKE COMMITTEE v. CITY OF TULELAKE*, **E.D. CAL. CASE NO. 2:18-cv-02280-KJM-DMC** |
| vs. | |
| FEDERAL AVIATION ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to E.D. Cal. L.R. 123, Plaintiff Tule Lake Committee ("Plaintiff") provides notice that this action is related to another action: *Tule Lake Committee v. City of Tule Lake*, *et al.*, United States District Court, Eastern District of California, Case No. 2:18-cv-02280-KJM-DMC.

These actions are related under E.D. Cal. L.R. 123, based on the following:

(1) Both actions involve the same parties and are based on the same or a similar claim;

(2) Both actions involve the same property, transaction, or event;

(3) Both actions involve similar questions of fact and the same question of law and their assignment to the same District Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort, because District Judge and Magistrate Judge assigned in the earlier action are substantially

1

1  aware of the facts underlying these related actions; and

2      (4)    Because District Judge and Magistrate Judge assigned in the earlier action are substantially aware of the facts underlying these related actions, it would entail substantial duplication of labor if the actions were heard by a different District Judge and Magistrate Judge.

Dated: April 2, 2020

Respectfully Submitted,

By: _____
    Mark E. Merin
    Paul H. Masuhara
     and
    Yoshinori H. T. Himel
     Attorneys for Plaintiff
     TULE LAKE COMMITTEE

2

**NOTICE OF RELATED CASE**
*Tule Lake Committee v. Federal Aviation Administration*, United States District Court, Eastern District of California, Case No. _____