Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:    mark@markmerin.com
           paul@markmerin.com

YOSHINORI H. T. HIMEL (State Bar No. 066194)
372 Florin Road #191
Sacramento, California 95831
Telephone:    (916) 420-9865
Facsimile:    (916) 229-9922
E-Mail:    YHimel@LawRonin.com

Attorneys for Plaintiff
TULE LAKE COMMITTEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TULE LAKE COMMITTEE,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION, et al.,<br><br>        Defendants. | No. 2:20-cv-688-WBS-DMC<br><br>**STIPULATION AND ORDER FOR INITIAL 14-DAY CONTINUANCE OF HEARING ON FAA'S MOTION TO DISMISS** |
|---|---|

Under E.D. Cal. L.R. 144, the parties to Defendant Federal Aviation Administration's motion to dismiss complaint, filed July 6, 2020, hereby stipulate, subject to the approval of the Court as provided for hereon, that the hearing on that motion be and hereby is CONTINUED from August 10, 2020, at 1:30 PM, before The Honorable William B. Shubb, until August 24, 2020, at 1:30 PM, before The Honorable William B. Shubb. No previous extension of this time has been sought or granted.

1

**STIPULATION AND ORDER FOR INITIAL 14-DAY CONTINUANCE OF HEARING ON FAA'S MOTION TO DISMISS COMPLAINT**
*Tule Lake Committee v. Federal Aviation Administration*, United States District Court, Eastern District of California, Case No. 2:20-cv-688-WBS-DMC

Dated: July 21, 2020

Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

Mark E. Merin
Paul H. Masuhara

*/s/ Yoshinori Himel*

_____
YOSHINORI H. T. HIMEL

Attorneys for Plaintiff
TULE LAKE COMMITTEE

Dated: July 22, 2020

Respectfully Submitted,

MCGREGOR W. SCOTT
United States Attorney

By: */s/ W. Dean Carter*
(Authorized by email 7/22/20)

_____
W. DEAN CARTER

Assistant United States Attorney

Attorneys for Defendant
FEDERAL AVIATION ADMINISTRATION

## ORDER

It is APPROVED and SO ORDERED.

Dated: July 24, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE